IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TAITE, <br> a/k/a DRELIJAH J. MUHAMMAD-ALI, <br> # 180644, <br><br> Petitioner, <br><br> v. <br><br> JIMMY THOMAS, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE No. <br> ) 2:21-CV-62-RAH-JTA <br> ) <br> ) <br> ) |

## **ORDER**

On March 2, 2021, this Court overruled the Petitioner's objections to the Magistrate Judge's Order to pay the filing fee or submit an application to proceed *in forma pauperis* accompanied by a prison account statement. (Doc. 5.) On March 10, 2021, the Petitioner filed a Motion to Reconsider. (Doc. 6.) On March 15, 2021, the Magistrate Judge recommended this case be dismissed without prejudice for his failure to comply with the Court's order. (Doc. 7.) On March 24, 2021, the Petitioner filed his Objection (Doc. 8) to the Magistrate Judge's Recommendation.

After an independent review of the file and upon consideration of the Magistrate Judge's Recommendation and the objections thereto, it is

ORDERED as follows:

(1) The Motion to Reconsider (Doc. 6) is DENIED;

(2) The Objection (Doc. 8) is OVERRULED;

(3) The Recommendation of the Magistrate Judge (Doc. 7) is ADOPTED;

(4) This case be DISMISSED WITHOUT PREJUDICE because the Petitioner has failed to comply with the Court's order to submit the filing fee or a properly completed IFP application accompanied by a prison account statement.

DONE, this the 25th day of March, 2021.

                        /s/ R. Austin Huffaker, Jr.
                        R. AUSTIN HUFFAKER, JR.
                        UNITED STATES DISTRICT JUDGE